IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES JIMMY EMMETT EDWARDS     PLAINTIFF

v.     CIVIL ACTION NO. 1:22-cv-00145-GHD-RP

GUARDIAN LIFE INSURANCE OF AMERICA     DEFENDANT

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 11 day of October, 2022.

_____
SENIOR U.S. DISTRICT JUDGE