UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES "JIMMY" EMMETT EDWARDS                                     PLAINTIFF

V.                                         CIVIL ACTION NO. 1:22-CV-145-KHJ-MTP

GUARDIAN LIFE INSURANCE OF AMERICA                               DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant Guardian Life Insurance of America. Plaintiff James "Jimmy" Emmett Edwards's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 12th day of July, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE